UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ARGENIS CORTES, CARMEL SMITH and CEHAM MOHAMED, on behalf of themselves and other employees similarly situated, | : | 06 CV 1046 (AKH) |
| | : | |
| Plaintiffs, | : | **CERTIFICATE OF SERVICE** |
| -against- | : | |
| FOOT LOCKER, INC., | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant Foot Locker, Inc., by and through its undersigned counsel, hereby certifies that Defendant's Third Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were sent via electronic mail and first class mail, postage prepaid, on the 9th day of February, 2011, to the following:

>   Judith P. Broach
>   BROACH & STULBERG, L.L.P.
>   One Penn Plaza, Suite 2016
>   New York, NY 10119
>   Telephone: (212) 268-1000

>   Respectfully submitted,
>
>   SHOOK, HARDY & BACON L.L.P.
>
>   By: /s/ Katherine R. Sinatra_____
>   Williams C. Martucci -
>   (Admitted Pro Hac Vice)
>   Katherine R. Sinatra -
>   (Admitted Pro Hac Vice)
>   2555 Grand Boulevard
>   Kansas City, Missouri 64108
>   (816) 474-6550
>
>   And

4344536 v1

- 2 -

        MARTIN CLEARWATER & BELL LLP

        Steven M. Berlin (SB3948)
        220 East 42nd Street
        New York, New York 10017
        Telephone:  (212) 697-3122
        Facsimile:  (212) 949-7054

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

        Undersigned counsel hereby certifies that, on this 9th day of February, 2011, a true and correct copy of the foregoing was sent, via the e-mailing services of the Court's ECF system, to counsel for all parties involved in this matter.

        /s/ Katherine R. Sinatra
        Attorney for Defendant